## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| THE MEDICAL PROTECTIVE COMPANY, | : | Case No. 3:24-cv-00292 |
| | : | |
| | : | District Judge Thomas M. Rose |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| vs. | : | |
| | : | |
| DONALD ALEXANDER GRONBECK, *et al*., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEFICIENCY AND ORDER

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2) concerning diversity disclosure statements. Defendant Gronbeck has not filed a diversity disclosure statement as required by that Rule. Gronbeck is therefore **ORDERED** to file such a statement no later than **fourteen days** from the date of this Order. A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.

   **IT IS SO ORDERED.**

   */s/ Caroline H. Gentry*
   Caroline H. Gentry
   United States Magistrate Judge